IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL P. KLAHN; and LAURIE A. KLAHN,

        Plaintiffs,

  v.

CITICORP CREDIT SERVICES INC.,

        Defendant.
_____/

No. C 12-2741 CW

ORDER GRANTING PLAINTIFFS' MOTION TO DIMSISS
(Docket No. 12)

On June 25, 2012, Plaintiffs filed a motion to dismiss. (docket no. 12).  The motion to dismiss is GRANTED without prejudice.

Dated: 7/2/2012

CLAUDIA WILKEN
United States District Judge